**Entered on Docket**
**June 07, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**
_____

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
mchen@ccfirm.com
Loan No.  xxxx5052 / Our File No. 10-04-5318-NV

Attorney for Secured Creditor
Green Tree Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>JAMES RICHARD LOVELL, JR. AND<br>LIANA LOVELL<br>         Debtor(s) | CHAPTER 7<br>BANKRUPTCY NO.: 10-16616-BAM<br>DATE: June 1, 2010<br>TIME: 1:30 PM |

**ORDER TERMINATING THE AUTOMATIC STAY**
**RE: DEBTORS AND BANKRUPTCY ESTATE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtors and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Green Tree Servicing, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 8393 Palmada Drive, Las Vegas, NV 89123, ("Property" herein) and legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF

1 | Submitted by:

2 | THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

3

4 | By:   /s/ Michael W. Chen                    Date: April 26, 2010
Michael W. Chen, Esq.
Attorney for Secured Creditor

5 | Green Tree Servicing, LLC

6 | By:   SEE ATTACHED                           Date: _____
Lenard E. Schwartzer,

7 | Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Parcel No.

# EXHIBIT "A"
## Legal Description

Parcel I:

Lot 3 in Block 9 of CRYSTAL SPRINGS - R-2 UNIT NO. 5, as shown by map thereof on file in Book 36, of Plats, Page 16 in the Office of the County Recorder of Clark County, Nevada.

Parcel II:

A non-exclusive easement on and over the "Common Area" as defined in the Declaration above described, for access, use occupancy, enjoyment, ingress and egress of the amenities located thereon, subject to the tersm and provisions of the Declaration, this easement is appurtenant to Parcel I above described, the Common Area is for the use of owners of lots which are subject to the Declaration, and is not for the use of the General Public.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Lenard E. Schwartzer-Failed to Respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

/s/ Max Erwin
An employee of The Cooper Castle Law Firm

- 1 -